UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEXTG NETWORKS OF CALIFORNIA, INC.

        Plaintiff,

  v.

CITY OF SAN FRANCISCO ET AL

        Defendants.

No. C 05-00658 MHP

**ORDER**

**Re: Defendants' Motion to Clarify the Scope of Injunctive Relief Granted to Plaintiff and/or Modify the Judgment**

    For the reasons stated in the court's bench order issued December 17, 2007, defendant's Motion to Clarify the Scope of Injunctive Relief Granted to Plaintiff and/or Modify the Judgment is DENIED.

Dated: 12/21/2007

                                                  MARILYN HALL PATEL
                                                  United States District Court Judge
                                                  Northern District of California