1  MARTIN L. FINEMAN, State Bar No. 104413
   SUZANNE TOLLER, State Bar No. 129903
2  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery St., Suite 800
3  San Francisco, California 94111-6533
   Telephone:    (415) 276-6500
4  Facsimile:    (415) 276-6599

5  T. SCOTT THOMPSON, *pro hac vice*
   DAVIS WRIGHT TREMAINE LLP
6  1919 Pennsylvania Avenue, N.W., Suite 200
   Washington, D.C. 20006
7  Telephone:    (202) 973-4200
   Facsimile:    (202) 973-4499

8  ROBERT L. DELSMAN, State Bar No. 142376
   NEXTG NETWORKS, INC.
9  2216 O'Toole Avenue
   San José, California 95131
10 Telephone:    (510) 845-9681
   Facsimile:    (510) 845-7135
11
   Attorneys for Plaintiff/Counter-Defendant
12 NextG Networks of California, Inc.

13 DENNIS J. HERRERA, State Bar #139669
   City Attorney
14 THERESA L. MUELLER, State Bar #172681
   WILLIAM K. SANDERS, State Bar #154156
15 THOMAS J. LONG, State Bar #124776
   Deputy City Attorneys
16 City Hall, Room 234
   San Francisco, California 94102-4682
17 Telephone:    (415) 554-6548
   Facsimile:    (415) 554-4757
18
   Attorneys for Defendants/Counter-Claimant
19 City and County of San Francisco and the
   Department of Public Works of the City and
20 County of San Francisco

21
   ROBERT L. FLETCHER, JR., State Bar #46711
22 DEBORAH B. HONIG, State Bar #69017
   City and County of San Francisco
23 Tax Collector – Legal Section
   P.O. Box 7426
24 San Francisco, California 94120-7426
   Telephone:    (415) 554-4495
25 Facsimile:    (415) 554-5010

26 Attorneys for Counter-Claimant
   City and County of San Francisco
27

28

---

STIPULATION OF DISMISSAL WITHOUT PREJUDICE
DWT 12148564v1 0058588-000003

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTG NETWORKS OF CALIFORNIA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF SAN FRANCISCO and THE DEPARTMENT OF PUBLIC WORKS OF THE CITY OF SAN FRANCISCO,<br><br>Defendants<br><br>THE CITY AND COUNTY OF SAN FRANCISCO,<br><br>Counter-Claimant,<br><br>v.<br><br>NEXTG NETWORKS OF CALIFORNIA, INC.,<br><br>Counter-Defendant. | No. C 05 0658-MHP<br><br>**PARTIES' STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff/Counter-Defendant NextG Networks of California, Inc. ("NextG") and Defendants/Counter-Claimant the City and County of San Francisco and the Department of Public Works of the City and County of San Francisco ("City"), through their undersigned counsel, hereby stipulate to the dismissal without prejudice of all claims remaining before this Court, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Specifically, the parties agree and stipulate to the dismissal without prejudice of NextG's Second, and Sixth Claims for Relief in NextG's original complaint filed February 11, 2005, and the City's Counterclaim filed March 6, 2006. Each Party will bear its own costs and attorneys' fees.

/ / /

/ / /

/ / /

```
 1 │ Dated: November 20, 2008
 2 │                                          MARTIN L. FINEMAN
   │                                          SUZANNE TOLLER
 3 │                                          T. SCOTT THOMPSON
   │                                          DAVIS WRIGHT TREMAINE, LLP
 4 │
   │                                          ROBERT L. DELSMAN
 5 │                                          NEXTG NETWORKS, INC.
 6 │                                 By:/s/_____
 7 │                                          T. SCOTT THOMPSON
   │
 8 │                                          Attorneys for Plaintiff/Counter-Defendant
   │                                          NextG Networks of California, Inc.
 9 │
10 │
11 │ Dated: November 12, 2008
12 │                                          DENNIS J. HERRERA
   │                                          City Attorney
13 │                                          THERESA L. MUELLER
   │                                          Chief Energy and Telecommunications Deputy
14 │                                          WILLIAM K. SANDERS
   │                                          THOMAS J. LONG
15 │                                          Deputy City Attorneys
16 │                                          ROBERT L. FLETCHER, JR.
   │                                          DEBORAH B. HONIG
17 │                                          Tax Collector – Legal Section
18 │
19 │                                 By:/s/_____
   │                                          WILLIAM K. SANDERS
20 │
   │                                          Attorneys for Defendants/Counter-Claimant
21 │                                          City and County of San Francisco and the Department of
   │                                          Public Works of the City and County of San Francisco
```

**IT IS SO ORDERED**
*[signature]*
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL WITHOUT PREJUDICE
DWT 12148564v1 0058588-000003